JS 44C/SDNY
REV.
10/01/2020

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

| PLAINTIFFS | DEFENDANTS |
|---|---|
| ELIJAH EWELL | CITYOF NEW YORK, DANIEL RAMOS, SHIELD  # 17933, JOHN DOE # 1, JOHN DOE # 2, CESAR IMBERT |

| ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER | ATTORNEYS (IF KNOWN) |
|---|---|
| JAMES I. MEYERSON, 510 FIFTH AVENUE-# 335, NEW YORK CITY, NEW YORK 10036  (917) 570-5369 | OFFICE OF THE NEW YORK CITY CORPORATION COUNSEL, 100 CHURCH STREET, NEW YORK, NEW YORK 10007 |

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
                    (DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

42 U.S.C. SECTION 1983 UNCONSTITUTIONAL STOP, DETENTION, ARREST; SEARCH,  EXCSSIVE FORCE;  OTHER

Has this  action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No [ ] Yes [x]     Judge Previously Assigned

If yes, was this case  Vol.[ ]  Invol. [ ]   Dismissed. No [ ]  Yes [ ]   If yes, give date _____ & Case No. _____

IS THIS AN INTERNATIONAL ARBITRATION CASE?          No [x]     Yes [ ]

*(PLACE AN [x] IN ONE BOX ONLY)*              NATURE OF SUIT

TORTS                                                                                         ACTIONS UNDER STATUTES

| CONTRACT | PERSONAL INJURY | PERSONAL INJURY [ ] 367 HEALTHCARE/ | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110   INSURANCE | [ ] 310 AIRPLANE | PHARMACEUTICAL PERSONAL | [ ] 625 DRUG RELATED | [ ] 422 APPEAL | [ ] 375 FALSE CLAIMS |
| [ ] 120   MARINE | [ ] 315 AIRPLANE PRODUCT | INJURY/PRODUCT LIABILITY | SEIZURE OF PROPERTY | 28 USC 158 | [ ] 376 QUI TAM |
| [ ] 130   MILLER ACT | LIABILITY | [ ] 365 PERSONAL INJURY | 21 USC 881 | [ ] 423 WITHDRAWAL | [ ] 400 STATE |
| [ ] 140   NEGOTIABLE | [ ] 320 ASSAULT, LIBEL & | PRODUCT LIABILITY | [ ] 690 OTHER | 28 USC 157 | REAPPORTIONMENT |
| INSTRUMENT | SLANDER | [ ] 368 PERSONAL |  |  | [ ] 410 ANTITRUST |
| [ ] 150   RECOVERY OF | [ ] 330 FEDERAL | INJURY PRODUCT |  | PROPERTY RIGHTS | [ ] 430 BANKS & BANKING |
| OVERPAYMENT & | EMPLOYERS' | LIABILITY |  | [ ] 820 COPYRIGHTS   [ ] 880 DEFEND TRADE SECRETS ACT | [ ] 450 COMMERCE |
| ENFORCEMENT | LIABILITY |  |  | [ ] 830 PATENT | [ ] 460 DEPORTATION |
| OF JUDGMENT | [ ] 340 MARINE | PERSONAL PROPERTY |  | [ ] 835 PATENT-ABBREVIATED NEW DRUG APPLICATION | [ ] 470 RACKETEER INFLU- |
| [ ] 151   MEDICARE ACT | [ ] 345 MARINE PRODUCT | [ ] 370 OTHER FRAUD |  | [ ] 840 TRADEMARK | ENCED & CORRUPT |
| [ ] 152   RECOVERY OF | LIABILITY | [ ] 371 TRUTH IN LENDING |  |  | ORGANIZATION ACT |
| DEFAULTED | [ ] 350 MOTOR VEHICLE |  |  | SOCIAL SECURITY | (RICO) |
| STUDENT LOANS | [ ] 355 MOTOR VEHICLE |  |  | [ ] 861 HIA (1395ff) | [ ] 480 CONSUMER CREDIT |
| (EXCL VETERANS) | PRODUCT LIABILITY | [ ] 380 OTHER PERSONAL |  | [ ] 862 BLACK LUNG (923) | [ ] 485 TELEPHONE CONSUMER |
| [ ] 153   RECOVERY OF | [ ] 360 OTHER PERSONAL | PROPERTY DAMAGE | LABOR | [ ] 863 DIWC/DIWW (405(g)) | PROTECTION ACT |
| OVERPAYMENT | INJURY | [ ] 385 PROPERTY DAMAGE | [ ] 710 FAIR LABOR | [ ] 864 SSID TITLE XVI |  |
| OF VETERAN'S | [ ] 362 PERSONAL INJURY - | PRODUCT LIABILITY | STANDARDS ACT | [ ] 865 RSI (405(g)) | [ ] 490 CABLE/SATELLITE TV |
| BENEFITS | MED MALPRACTICE |  | [ ] 720 LABOR/MGMT |  | [ ] 850 SECURITIES/ |
| [ ] 160   STOCKHOLDERS |  | PRISONER PETITIONS | RELATIONS | FEDERAL TAX SUITS | COMMODITIES/ |
| SUITS |  | [ ] 463 ALIEN DETAINEE | [ ] 740 RAILWAY LABOR ACT | [ ] 870 TAXES (U.S. Plaintiff or | EXCHANGE |
| [ ] 190   OTHER |  | [ ] 510 MOTIONS TO | [ ] 751 FAMILY MEDICAL | Defendant) | [ ] 890 OTHER STATUTORY |
| CONTRACT | ACTIONS UNDER STATUTES | VACATE SENTENCE | LEAVE ACT (FMLA) | [ ] 871 IRS-THIRD PARTY | ACTIONS |
| [ ] 195   CONTRACT | CIVIL RIGHTS | 28 USC 2255 |  | 26 USC 7609 | [ ] 891 AGRICULTURAL ACTS |
| PRODUCT |  | [ ] 530 HABEAS CORPUS | [ ] 790 OTHER LABOR |  | [ ] 893 ENVIRONMENTAL |
| LIABILITY | [x] 440  OTHER CIVIL RIGHTS | [ ] 535 DEATH PENALTY | LITIGATION |  | MATTERS |
| [ ] 196 FRANCHISE | (Non-Prisoner) | [ ] 540 MANDAMUS & OTHER | [ ] 791 EMPL RET INC |  | [ ] 895 FREEDOM OF |
|  | [ ] 441 VOTING |  | SECURITY ACT (ERISA) |  | INFORMATION ACT |
|  | [ ] 442 EMPLOYMENT |  |  |  | [ ] 896 ARBITRATION |
| REAL PROPERTY | [ ] 443 HOUSING/ | PRISONER CIVIL RIGHTS | IMMIGRATION |  | [ ] 899 ADMINISTRATIVE |
| [ ] 210   LAND | ACCOMMODATIONS | [ ] 550 CIVIL RIGHTS | [ ] 462 NATURALIZATION |  | PROCEDURE ACT/REVIEW OF |
| CONDEMNATION | [ ] 445 AMERICANS WITH | [ ] 555 PRISON CONDITION | APPLICATION |  | APPEAL OF AGENCY DECISIO |
| [ ] 220   FORECLOSURE | DISABILITIES - | [ ] 560 CIVIL DETAINEE | [ ] 465 OTHER IMMIGRATION |  | [ ] 950 CONSTITUTIONALITY O |
| [ ] 230   RENT LEASE & | EMPLOYMENT | CONDITIONS OF CONFINEMENT | ACTIONS |  | STATE STATUTES |
| EJECTMENT | [ ] 446  AMERICANS WITH |  |  |  |  |
| [ ] 240   TORTS TO LAND | DISABILITIES -OTHER |  |  |  |  |
| [ ] 245   TORT PRODUCT | [ ] 448 EDUCATION |  |  |  |  |
| LIABILITY |  |  |  |  |  |
| [ ] 290   ALL OTHER |  |  |  |  |  |
| REAL PROPERTY |  |  |  |  |  |

*Check if demanded in complaint:*

[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.
AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
IF SO, STATE:

DEMAND $_____  OTHER _____     JUDGE _____  DOCKET NUMBER _____

*Check YES only if demanded in complaint*
JURY DEMAND: [x] YES [ ] NO                    NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32

*(PLACE AN  x  IN ONE BOX ONLY)*          **ORIGIN**

[X] 1 Original Proceeding  [ ] 2 Removed from State Court  [ ] 3 Remanded from Appellate Court  [ ] 4 Reinstated or Reopened  [ ] 5 Transferred from (Specify District)  [ ] 6 Multidistrict Litigation (Transferred)  [ ] 7 Appeal to District Judge from Magistrate Judge

[ ] a. all parties represented

[ ] b. At least one party is pro se.

[ ] 8 Multidistrict Litigation (Direct File)

*(PLACE AN  x  IN ONE BOX ONLY)*          **BASIS OF JURISDICTION**          *IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

[ ] 1 U.S. PLAINTIFF  [ ] 2 U.S. DEFENDANT  [X] 3 FEDERAL QUESTION (U.S. NOT A PARTY)  [ ] 4 DIVERSITY

CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

|  | PTF | DEF |  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

ELIJAH EWELL

1755 BRUCKNER BOULEVARD-#1H, BRONX, NEW YORK 10472

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

CITY OF NEW YORK-100 CHURCH STREET, NEW YORK CITY, NEW YORK

DANIEL RAMOS, JOHN DOE # 1, JOHN DOE # 2, CESAR IMBERT
NYPD 43RD PRECINCT-900 FTELEY AVENUE, BRONX, NEW YORK 10473

DEFENDANT(S) ADDRESS UNKNOWN

REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

**COURTHOUSE ASSIGNMENT**

I hereby certify that this case should be assigned to the courthouse indicated below pursuant to Local Rule for Division of Business 18, 20 or 21.

Check one:   THIS ACTION SHOULD BE ASSIGNED TO:   [ ] WHITE PLAINS   [X] MANHATTAN

DATE 12/02/2021          SIGNATURE OF ATTORNEY OF RECORD

RECEIPT #           /s/ James I. Meyerson

ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[X] YES (DATE ADMITTED Mo. 11    Yr. 1973   )
Attorney Bar Code # 1584705

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)

Clear Form          Save          Print