```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
   ELIJAH EWELL,                         :    21cv10290 (DLC)
                                         :
                     Plaintiff,          :        ORDER
              -v-                        :
                                         :
   CITY OF NEW YORK, DANIEL RAMOS, CESAR :
   IMBART, ANDRE BROWN, ROBERT VASSALLO, :
   and JOHN DOES #1-2,                   :
                                         :
                     Defendants.         :
                                         :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

    This case has been reassigned to me for all purposes. On December 6, 2021 the above captioned case was referred to Magistrate Judge Ona T. Wang for general pretrial purposes. It is hereby

    ORDERED that the general pretrial referral is vacated.

    SO ORDERED:

Dated:    New York, New York
           April 18, 2022

                                      _____
                                         DENISE COTE
                             United States District Judge