UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------ X
                                           :
ELIJAH EWELL,                              :
                                           :           21cv10290 (DLC)
                            Plaintiff,     :
        -v-                                :           ORDER OF
                                           :           DISCONTINUANCE
CITY OF NEW YORK, DANIEL RAMOS, CESAR      :
IMBART, ANDRE BROWN, ROBERT VASSALLO,      :
and JOHN DOES #1-2,                        :
                                           :
                            Defendants.    :
                                           :
------------------------------------------ X

DENISE COTE, District Judge:

    It having been reported to this Court that this case has

been settled, it is hereby

    ORDERED that the above-captioned action is discontinued

without costs to any party and without prejudice to restoring

the action to this Court's calendar if the application to

restore the action is made by **June 10, 2022**.  If no such

application is made by that date, today's dismissal of the

action is with prejudice.  See Muze, Inc. v. Digital On Demand,

Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).


Dated:   New York, New York
         May 11, 2022

                                    _____
                                    DENISE COTE
                                    United States District Judge